```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                              Case No. 10-51651-mss
Jennifer L Chatmon                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-5          User: bhemi                Page 1 of 3         Date Rcvd: May 28, 2013
                              Form ID: 177               Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.

```
db         +Jennifer L Chatmon,    607 Montgomery Street,    Akron, OH 44305-2634
tr         +Keith Rucinski,    Chapter 13 Trustee,    One Cascade Plaza,    Suite 2020,    Akron, OH 44308-1160
cr         +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
19458354   +ACS/SLMA/Bluemont Funding,    501 Bleecker Street,    Utica, NY 13501-2401
19701533   +American Student Assistance Guarantor,    100 Cambridge Street,    Suite 1600,
             Boston MA 02114-2567
19458357   +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
21826350   +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
19458361   #+Crestwood Mgmt LLC,    PO Box 22630,    Beachwood, OH 44122-0630
22039078    FIRST CREDIT INCORPORATED,     PO BOX 630838,    Cincinnati, OH 45263-0838
19458362   +GC Services,    PO Box 46960,    Saint Louis, MO 63146-6960
19580722    GCO ELF-MASTER TII,    c/o ACS,    P. O. BOX 22724,    LONG BEACH, CA 90801-5724
19458371   +NFCU Mortgage,    PO Box 23800,    Merrifield, VA 22119-2380
20091670    Navy Federal Credit Union,    c/o Erin A. Jochim,    PO Box 5480,    Cincinnati, OH 45201-5480
19458369   +Navy Federal Credit Union,    830 Follin Lane,    Vienna, VA 22180
22207974   +Prompt Recovery Services, Inc.,    PO Box 940,    Twinsburg, OH 44087-0940
22039079    SUMMA HEALTH SYSTEM,    PO BOX 3540,    Akron, OH 44309-3540
19458372   +United Consumer Financial Services,    P O Box 856290,    Louisville, KY 40285-6290
19458375   +WFFNP/Pella Window Visa,    PO Box 94498,    Las Vegas, NV 89193-4498
19458376   +WFN-J Crew,    PO Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +EDI: ECMC.COM May 29 2013 00:18:00      ECMC,   P.O. Box 75906,    St. Paul, MN 55175-0906
19458355   +EDI: AMEREXPR.COM May 29 2013 00:18:00      American Express,    PO Box 981537,
             El Paso, TX 79998-1537
19671038    EDI: BECKLEE.COM May 29 2013 00:18:00      American Express Centurion Bank,
             c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19683784    EDI: AIS.COM May 29 2013 00:18:00      American Infosource Lp As Agent for,
             World Financial Network National Bank As,    J Crew,    PO Box 248872,
             Oklahoma City, OK 73124-8872
19693094    EDI: AIS.COM May 29 2013 00:18:00      American Infosource Lp As Agent for,
             World Financial Network National Bank As,    Pottery Barn,    PO Box 248872,
             Oklahoma City, OK 73124-8872
19655120    EDI: AIS.COM May 29 2013 00:18:00      American Infosource Lp As Agent for,
             World Financial Network National Bank As,    Restoration Hardware,    PO Box 248872,
             Oklahoma City, OK 73124-8872
19458358   +EDI: CAPITALONE.COM May 29 2013 00:18:00      Capital One,    PO Box 30281,
             Salt Lake City, UT 84130-0281
19747618    EDI: CAPITALONE.COM May 29 2013 00:18:00      Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
19458359   +EDI: CHASE.COM May 29 2013 00:18:00      Chase,    800 Brooksedge Blvd.,
             Westerville, OH 43081-2822
19458360   +EDI: CITICORP.COM May 29 2013 00:18:00      Citibank CBSD NA,    701 East 60th Street North,
             Sioux Falls, SD 57104-0493
19544671   +EDI: TSYS2.COM May 29 2013 00:18:00      Department Stores National Bank/Macy’s,
             Nco Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
19903390   +EDI: ECMC.COM May 29 2013 00:18:00      ECMC,    P O Box 75906,    Saint Paul, MN 55175-0906
19792170    EDI: RMSC.COM May 29 2013 00:18:00      GE Money Bank,    Attn: Bankruptcy Department,
             PO Box 960061,    Orlando FL 32896-0661
19458363   +EDI: RMSC.COM May 29 2013 00:18:00      GEMB/Dicks,    PO Box 981439,    El Paso, TX 79998-1439
19458365   +EDI: HFC.COM May 29 2013 00:18:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
19882094   +EDI: BASSASSOC.COM May 29 2013 00:18:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
19458366   +EDI: HFC.COM May 29 2013 00:18:00      HSBC/Saks Fifth Avenue,    PO Box 15521,
             Wilmington, DE 19850-5521
19458364   +EDI: CITICORP.COM May 29 2013 00:18:00      Home Depot/CBSD,    PO Box 6497,
             Sioux Falls, SD 57117-6497
19458367    EDI: TSYS2.COM May 29 2013 00:18:00      Macy’s/DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
19458370   +EDI: NFCU.COM May 29 2013 00:18:00      Navy Federal Credit Union,    PO Box 3000,
             Merrifield, VA 22119-3000
19458368    EDI: NFCU.COM May 29 2013 00:18:00      Navy Federal Credit Union,    820 Follin Lane,
             Vienna, VA 22180-4907
19756456   +EDI: OPHSUBSID.COM May 29 2013 00:18:00      OAK HARBOR CAPITAL LLC,    C O WEINSTEIN AND RILEY, PS,
             2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19756802    E-mail/Text: bncmail@w-legal.com May 29 2013 00:43:02      Oak Harbor Capital LLC,
             c/o Weinstein & Riley PS,    PO Box 3978,    Seattle, WA 98124-3978
19614022   +EDI: PRA.COM May 29 2013 00:18:00      PRA Receivables Management LLC,    PO Box 41067,
             Norfolk, VA 23541-1067
19612616   +EDI: PRA.COM May 29 2013 00:18:00      PRA Receivables Management, LLC,
             As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk VA 23541-0914
19458356    EDI: AGFINANCE.COM May 29 2013 00:18:00      American General Finance,    600 N. Royal Avenue,
             Evansville, IN 47715
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
19498058      EDI: AGFINANCE.COM May 29 2013 00:18:00      American General Finance,   PO Box 3121,
              Evansville, IN 47731
19610253     +EDI: BASSASSOC.COM May 29 2013 00:18:00      United Consumer Financial Services,
              Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
22039081     +EDI: AFNIVZWIRE.COM May 29 2013 00:18:00     Verizon,   VERIZON WIRELESS DEPARTMENT/ATTN: BANKRU,
              PO BOX 3397,   BLOOMINGTON, IL 61702-3397
22039080     +EDI: AFNIVZWIRE.COM May 29 2013 00:18:00     Verizon,   1515 WOODFIELD RD STE140,
              SCHAUMBURG, IL 60173-6046
19458374     +EDI: WFNNB.COM May 29 2013 00:18:00          WFFNB/Pottery Barn,   4590 E. Broad Street,
              Columbus, OH 43213-1301
19458377     +EDI: WFNNB.COM May 29 2013 00:18:00          WFNNB/Restoration Hardware,   PO Box 2974,
              Mission, KS 66201-1374
19458373     +EDI: WFFC.COM May 29 2013 00:18:00           Wells Fargo,   800 Walnut Street,
              Des Moines, IA 50309-3891
19490965     +EDI: WFFC.COM May 29 2013 00:18:00           Wells Fargo Financial National Bank,   4137 121st Street,
              Urbandale, IA 50323-2310
19850724      EDI: ECAST.COM May 29 2013 00:18:00          eCAST Settlement Corporation assignee of Chase,
              Bank USA NA,   POB 29262,   New York NY 10087-9262
                                                                                             TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GCO Elf Master TII
cr            Navy Federal Credit Union
20086490*    +Navy Federal Credit Union,   820 Follin Lane,   Vienna, VA 22180-4907
19765117*    +PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**          **Signature:**      *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2013 at the address(es) listed below:

          Erin A. Jochim    on behalf of Creditor    Navy Federal Credit Union nohbk@lsrlaw.com
          Jill L. Fealko    on behalf of Creditor    Navy Federal Credit Union nohbk@lsrlaw.com
          Joel K Jensen    on behalf of Creditor    Navy Federal Credit Union nohbk@lsrlaw.com
          Keith Rucinski    efilings@ch13akron.com, krucinski@ecf.epiqsystems.com
          Lydia Evelyn Spragin    on behalf of Debtor Jennifer L Chatmon lspragin@gmail.com, lspragin@yahoo.com
          Mary K. Whitmer    mwhitmer@ecf.epiqsystems.com
          Mary K. Whitmer    on behalf of Trustee Mary K. Whitmer mwhitmer@ecf.epiqsystems.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com

                                                                                  TOTAL: 8

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 10−51651−mss**

**In re: (Name of Debtor)**
Jennifer L Chatmon
607 Montgomery Street
Akron, OH 44305

**Social Security No.:**
xxx−xx−7829

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

Last date to file claims: **September 2, 2013**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 28, 2013
Form ohnb177

For the Court
Kenneth J. Hirz, Clerk